**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

RUBEN ANDRADE, individually, and on behalf of all others similarly situated,

Plaintiff,

No. 2:26-cv-07222

MAMAMANCINIS INC., MAMA'S CREATIONS, INC., CROWN 1 FOODS, INC.,

Defendants,

---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE Benjamin Goldstein hereby appears in the above-titled action as counsel for Plaintiff Ruben Andrade, and hereby requests that a copy of all notices, pleadings, and other papers served or filed in connection with this case be served upon the undersigned counsel.

I hereby certify that I am admitted to practice before this court.

Dated: November 12, 2026
New York, New York

Respectfully submitted,
**LAWYERS FOR JUSTICE, P.C.**

By: */s/ Benjamin Goldstein*

Benjamin Goldstein
217 Broadway, Suite 511
New York, NY 10007
Tel.: (516) 587-8423
Email: b.goldstein@calljustice.com

*Attorney for Plaintiff, the Putative Class and the FLSA Collective*